NOTE: CHANGES MADE BY COURT

**JS-6**

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELVIN MATEO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., INC., a Delaware Corporation,<br><br>Defendants. | Case No.: <u>2:24-cv-09548-ODW-RAO</u><br><br>*District Judge Otis D. Wright, II*<br>*Magistrate Judge Rozella A. Oliver*<br><br>**ORDER RE: JOINT STIPULATION TO REMAND** |

- 1 -

Pursuant to the Joint Stipulation to Remand filed by Plaintiff SELVIN MATEO ("Plaintiff") and Defendant NISSAN NORTH AMERICA, INC. ("Defendant") (collectively, "the Parties"), the Court hereby **ORDERS** that this matter is remanded to the Los Angeles Superior Court of the State of California, County of Los Angeles, 6230 Sylmar Ave., Van Nuys, CA 91401, Case No. 24VECV03188, for all proceedings.

**IT IS SO ORDERED.**

Dated: November 13, 2024

Hon. Otis D. Wright, II
United States District Judge